# EXHIBIT C



**Thomas E. Stagg**
*Managing Partner*

**Direct 516.812.4501**
tstagg@staggwabnik.com

*Also Admitted NJ & DC*

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4500| F 516.812.4600

**staggwabnik.com**

331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

August 24, 2020

Via Federal Express and Email to
jeff@teknoproducts.com; jld@br-tmlaw.com;
jdefrancesco@hillwallack.com

Jeff Kurani
Tekno Products Inc.
301 Route 17 North
Rutherford, New Jersey 07070

Jason L. DeFrancesco, Esq.
Baker & Rannells, PA
92 East Main Street, Suite 302
Somerville, New Jersey 08876

Jason L. DeFrancesco, Esq.
Hill Wallack LLP
21 Roszel Road
Princeton, New Jersey 08540

Re:   CIH Enterprises LLC d/b/a Lucky's Leash

Dear Messrs. Kurani and DeFrancesco:

We represent CIH Enterprises LLC d/b/a Lucky's Leash ("CJH") in connection with the October 6, 2017 agreement entered into by CJH and Tekno Products Inc. ("Tekno") regarding Lucky's Leash (the "Agreement"). CJH hereby provides notice of disputes in accordance with Section 8 of the Agreement.

Pursuant to Section 5 of the Agreement, Tekno was required to pay CJH 2.5% of the net profits of Tekno's sales. To date, Tekno has not paid any sums to CJH, which is a breach of the Agreement. CJH demands that Tekno immediately make full payment to CJH and provide a copy of all books and records relating to Lucky's Leash so that CJH can verify that any payment complies with the Agreement, as required by Section 5(b).

Jeff Kurani
Jason L. DeFrancesco, Esq.
August 24, 2020
Page 2

Additionally, CJH suspects Tekno of engaging in unfair competition, and more specifically, trademark and copyright infringement. CJH demands that Tekno cease and desist from any further use of the Lucky's Leash trademark or trade dress and cease any further sales of Lucky's Leash.

If Tekno does not cure its breach by September 30, 2020, CJH will pursue all available legal remedies against Tekno, including but not limited to commencing an action under the Lanham Act and state unfair competition laws.

Very truly yours,

Thomas E. Stagg