## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CJH ENTERPRISES LLC d/b/a LUCKY'S LEASH,<br><br>                    Plaintiff,<br><br>          v.<br><br>TEKNO PRODUCTS INC. and JEFF KURANI, individually,<br><br>                    Defendants. | Civil Action No. 20-CV-15067 |

## CERTIFICATE OF SERVICE

I, Shane Wax, Esq., hereby certify that on December 15, 2020, I transmitted the following electronically filed documents:

- Dkt. No. 11 – Answer with Affirmative Defenses and Counterclaims against CJH Enterprises LLC d/b/a Lucky's Leash on behalf of Defendant Tekno Products Inc.; and

- Dkt No. 12 –Notice of Motion to Dismiss the Complaint as to Jeff Kurani pursuant to Fed. R. Civ. P. Rule 12(b)(6) and Memorandum of Law in support thereof

upon counsel for Plaintiff, Stagg Terenzi Confusione & Wabnik, 401 Franklin Ave #300, Garden City, NY 11530, by electronic mail to Andrew Kazin <akazin@staggwabnik.com> and Thomas Edward Stagg <tstagg@saggwabnik.com>.

Dated: December 15, 2020
          New York, New York

**GOTTLIEB, RACKMAN & REISMAN, P.C.**

By: /s/ *Shane Wax*

Shane Wax (swax@grr.com)
(pro hac vice to be submitted)
270 Madison Avenue
New York, New York 10016
212-684-3900

*Attorneys for Defendants Tekno Products Inc. and Jeff Kurani, Individually*