UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CJH ENTERPRISES LLC,

        Plaintiff,

v.

TEKNO PRODUCTS INC., *et al.*,

        Defendants.

Civil Action No. 20-15067 (JXN) (LDW)

ORDER

**NEALS**, District Judge.

    Before this Court is the Report and Recommendation ("R&R") entered on December 6, 2021, by Magistrate Judge Leda Dunn Wettre ("Judge Wettre"), (ECF No. 62), recommending that Plaintiff CJH Enterprises LLC's ("Plaintiff") claims be dismissed without prejudice and its Complaint, (ECF No. 1), stricken for failure to prosecute. This Court has reviewed the reasons set forth by Judge Wettre in the R&R and notes that no objections were filed. Based on the foregoing, and for good cause shown;

    **IT IS** on this 22nd day of December 2021,

    **ORDERED** that the R&R of Judge Wettre, (ECF No. 62), is **ADOPTED** as the conclusions of law of this Court and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** and its Complaint, (ECF No. 1), is **STRICKEN** pursuant to Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b); and it is further

    **ORDERED** that the Clerk of Court is directed to send a copy of this Order to Plaintiff at its last known address by regular and certified mail.

                                        HONORABLE JULIEN XAVIER NEALS
                                        United States District Judge